NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MILLENNIUM PHARMACEUTICALS, INC.,**
*Plaintiff-Appellant*

v.

**SANDOZ INC., ACCORD HEALTHCARE INC., ACTAVIS INC., ACTAVIS LLC, MYLAN LABORATORIES LIMITED, AGILA SPECIALTIES INC., DR. REDDY'S LABORATORIES, LTD., DR. REDDY'S LABORATORIES, INC., SUN PHARMACEUTICAL INDUSTRIES LIMITED, SUN PHARMA GLOBAL FZE, APOTEX CORP., APOTEX INC., TEVA PHARMACEUTICALS USA, INC., GLENMARK PHARMACEUTICALS LTD., GLENMARK GENERICS LTD., GLENMARK GENERICS INC., USA,**
*Defendants-Appellees*

---

2015-2066, 2016-1008, -1009, -1010, -1109, -1110

---

Appeals from the United States District Court for the District of Delaware in Nos. 1:12-cv-01011-GMS, 1:12-cv-01490-GMS, 1:12-cv-01750-GMS, 1:15-cv-00040-GMS, 1:15-cv-00539-GMS, and 1:15-cv-00540-GMS, Judge Gregory M. Sleet.

---

## CORRECTED ORDER

The above captioned appeals appear related, and thus the court consolidates the appeals.

Because we consolidate the appeals, one set of briefs should be filed.

IT IS ORDERED THAT:

The above-captioned appeals are consolidated, and the revised official caption is reflected above. Appellant's opening brief is due no later than January 22, 2016.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s31